23992. WESTBERRY *v.* THE STATE.

MACINTYRE, J. Under the ruling of the Supreme Court in *Boyd* v. *State*, 156 *Ga.* 48 (118 S. E. 705), the verdict in the instant case is not void for repugnancy; and the evidence supports that verdict.

*Judgment affirmed.* *Broyles, C. J., and Guerry, J., concur.*

DECIDED OCTOBER 26, 1934.

*Hubert F. Rawls,* for plaintiff in error.
*A. B. Spence, solicitor-general,* contra.